CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
DEC - 8 2009
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARY STICKLEY CORDER,<br>    Plaintiff, | Civil Action No. 7:09-cv-00404 |
| v. | **ORDER** |
| VIRGINIA COMMONWEALTH'S<br>    EMPLOYEES, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the amended complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED** as moot; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 8th day of December, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge